IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF DEFENSE, DEFENSE INFORMATION SYSTEMS AGENCY,<br><br>    Defendant. | Civil Action No. 07-2003(EGS) |

**MEET AND CONFER STATEMENT**

Pursuant to the Court's January 7, 2008 (dkt. no. 4) Order, the parties have conferred. The parties submit the following joint statement, which statement is followed by separate statements of the parties.

**Joint Statement**

1.    This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations. Plaintiff Citizens for Responsibility and Ethics in Washington alleges that defendant United States Department of Defense, Defense Information Systems Agency, has violated FOIA in connection with plaintiff's May 3, 2007 FOIA request to the defendant. Defendant denies that it has violated FOIA.

2.    By its FOIA request dated May 3, 2007, plaintiff requested of defendant "any and all emails that came into or went out of any email system maintained or controlled by the WHCA between January 1, 2001 and the present that were from or to the following email addresses: 1) gwb43.com; 2) rnchq.org and 3) georgebush.com." Plaintiff further requested "telephone logs of any and all calls made by Karl Rove between January 1, 2001 and the present through any

switchboard operated or controlled by WHCA, including the Signal and Royal Crown switchboards, to a telephone number associated with the Republican National Committee." Complaint Ex. 1 (dkt. no. 1).

3. The parties anticipate that this action is likely to be resolved by dispositive motions.

4. The parties agree that the case would not benefit from the Court's alternative dispute resolution (ADR) procedures at this time in that the parties have reached the following understandings and agreements:

   a. Defendant preliminarily estimates that the total number of pages of documents potentially responsive to plaintiff's request numbers more than 10,000 pages of documents;

   b. Counsel for both parties agree to negotiate in good faith to arrive at any language necessary to limit the scope of plaintiff's request for emails by excluding from the scope of the request emails that pertain to purely private matters and that do not pertain to political or policy matters. The parties solely agree to negotiate in good faith to arrive at such language, but do not expressly agree to reach any particular agreement containing any specific limiting language;

   c. The parties agree that the scope of plaintiff's request for telephone logs will not be further narrowed;

   d. The parties do not waive their right to seek appropriate relief from the Court if necessary.

**Plaintiff's Statement**

1. Plaintiff submits the following clarifying statement concerning the scope of its request for emails: such request does not subsume emails pertaining to purely private matters and that do not pertain to political or policy matters.

2. Plaintiff submits that defendant is obligated to commence production of responsive documents on a rolling basis immediately. CREW filed its original FOIA request some 10 months ago, and as stated in that original request, CREW satisfies the criteria for expedited processing. See Compl., Ex. 1, at 3. In light of the Government's representation that it has substantially completed its search for potentially responsive documents, the government's representation that it cannot begin producing documents to CREW immediately is inexplicable and falls far short of the expedition to which CREW is statutorily entitled.

3. Plaintiff submits that it is entitled to a fee waiver without condition.

4. By its statement, plaintiff does not waive its right to take discovery, if necessary and appropriate.

**Defendant's Statement**

1. The defendant submits that plaintiff's request for expedited processing of the plaintiff's FOIA request is moot, insofar as defendant has commenced processing of plaintiff's request.

2. Defendant agrees in good faith to endeavor to commence production of documents responsive to plaintiff's FOIA request on a rolling basis as soon as practicable.

3. Defendant grants plaintiff's request for a fee waiver on the basis of the parties' agreement to negotiate the scope of the request in good faith as described Paragraph 4.b of the Joint Statement above.

4. At this time, defendant is unable to estimate a date by which it will complete processing of plaintiff's FOIA request, and such date will be influenced by any agreement reached by the parties pursuant to Paragraph 4.b of the Joint Statement above. Defendant, however, agrees to provide plaintiff with a projected date by which it will complete processing of plaintiff's FOIA request by March 10, 2008.

5. Defendant does not hereby waive its right to withhold potentially responsive individual documents in part or in their entirety to the extent that any statutorily-enumerated exemption under FOIA applies to such potentially responsive documents.

Accordingly, the parties propose filing a second Meet and Confer Statement with the Court on March 10, 2008 apprising the Court of the results of the parties' negotiations as described in Paragraph 4 of the Joint Statement, and of the status of defendant's processing of plaintiff's FOIA request.

Respectfully submitted,

| | |
|---|---|
| __/s/ William C. Holmes_____ | JEFFREY S. BUCHOLTZ |
| WILLIAM C. HOLMES | Acting Assistant Attorney General |
| D.C. Bar # 495186 | |
| ANNE L. WEISMANN | JEFFREY A. TAYLOR |
| D.C. Bar # 298190 | United States Attorney |
| MELANIE SLOAN | |
| D.C. Bar # 434584 | ELIZABETH J. SHAPIRO (D.C. Bar No. 418925) |
| Citizens for Responsibility and | Assistant Director |
| Ethics in Washington | Federal Programs Branch |
| 1400 Eye Street, NW; Suite 450 | |
| Washington, D.C.  20005 |    /s/ Nicholas A. Oldham_____ |
| Tel: (202) 408-5565 | Nicholas A. Oldham (D.C. Bar No. 484113) |
| | Trial Attorney |
| Counsel for Plaintiff | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | <u>Mailing Address</u> |
| | P.O. Box 883 |
| | Washington, D.C.  20044 |
| | <u>Delivery Address</u> |
| | 20 Massachusetts Ave., N.W., Rm. 7204 |
| | Washington, D.C.  20001 |
| | Tel: (202) 514-3367 |
| | Fax: (202) 616-8470 |
| | nicholas.oldham@usdoj.gov |
| | |
| | Attorneys for Defendant |

Dated:  February 26, 2008