IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY<br>AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>DEFENSE INFORMATION SYSTEMS<br>AGENCY,<br><br>    Defendant. | Civil Action No. 07-2003(EGS) |

**NOTICE OF FILING OF SECOND MEET AND CONFER
STATEMENT ONE-DAY LATER THAN PREVIOUSLY ANTICIPATED**

Pursuant to the Court's January 7, 2008 Order (dkt. no. 4), the parties submitted a joint Meet and Confer Statement on February 26, 2008 (dkt. no. 5), notifying the Court of the results of the parties' meet and confer. The parties also notified the Court that they were negotiating the scope of plaintiff's Freedom of Information Act ("FOIA") request that is the subject of this action, and that defendant would provide plaintiff with an anticipated date by which it will complete processing of plaintiff's FOIA request. Finally, the parties notified the Court that they would file a Second Meet and Confer Statement on March 10, 2008 apprising the Court of the results of their negotiations and the status of defendant's processing of plaintiff's FOIA request.

The parties have been negotiating the scope of plaintiff's FOIA request and, on March 10, defendant provided plaintiff with an anticipated completion date, which plaintiff has rejected. Accordingly, the parties now anticipate filing separate statements regarding defendant's processing schedule. Defendant's undersigned counsel needs an additional day to continue conferring with his client and obtain the necessary approval to file defendant's separate

statement. Thus, the parties respectfully notify the Court that they will file a Second Meet and Confer Statement on March 11, 2008.

Dated: March 10, 2008

          Respectfully submitted,

| | |
|---|---|
|   /s/ William C. Holmes   <br> WILLIAM C. HOLMES | JEFFREY S. BUCHOLTZ <br> Acting Assistant Attorney General |
| D.C. Bar # 495186 | JEFFREY A. TAYLOR <br> United States Attorney |
| ANNE L. WEISMANN <br> D.C. Bar # 298190 <br> MELANIE SLOAN <br> D.C. Bar # 434584 <br> Citizens for Responsibility and <br> Ethics in Washington <br> 1400 Eye Street, NW; Suite 450 <br> Attorneys for Defendant <br> Counsel for Plaintiff | ELIZABETH J. SHAPIRO (D.C. Bar No. 418925) <br> Assistant Director <br> Federal Programs Branch <br><br>   /s/ Nicholas A. Oldham   <br> Nicholas A. Oldham (D.C. Bar No. 484113) <br> Trial Attorney <br> Tel: (202) 408-5565 <br> Washington, D.C. 20005 <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> <u>Mailing Address</u> <br> P.O. Box 883 <br> Washington, D.C. 20044 <br> <u>Delivery Address</u> <br> 20 Massachusetts Ave., N.W., Rm. 7204 <br> Washington, D.C. 20001 <br> Tel: (202) 514-3367 <br> Fax: (202) 616-8470 <br> nicholas.oldham@usdoj.gov |