IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF DEFENSE, DEFENSE INFORMATION SYSTEMS AGENCY,<br><br>　　　　Defendant. | Civil Action No. 07-2003(EGS) |

## THIRD MEET AND CONFER STATEMENT

　　　　Pursuant to the Court's March 16, 2008 Minute Order ("March 16 Order"), the parties submit this joint report and respectfully notify the Court that they have reached a compromise regarding the processing of Plaintiff's request made under the Freedom of Information Act ("FOIA), 5 U.S.C. § 552.

　　　　1.　　As stated in the parties' First Meet and Confer Statement dated February 26, 2008, Defendant preliminarily estimated that the total number of pages of documents potentially responsive to Plaintiff's request numbered more than 10,000 pages of documents.  ¶ 4.a. of Joint Stmt., Feb. 26, 2008 Meet and Confer Stmt (dkt. no. 5).  Upon further counting of the pages of documents potentially responsive to Plaintiff's request, Defendant now believes that the total number of pages is approximately 3,263.

　　　　2.　　Pursuant to the Court's March 16 Order, counsel for Plaintiff and Defendant and agency personnel responsible for processing Plaintiff's FOIA request met on Friday, March 28, 2008 to ascertain whether a future compromise was possible.  Based on that meeting and

subsequent negotiations by the parties, the parties were able to reach the following compromise on the processing of Plaintiff's FOIA request.

  A. Defendant will make its first interim response to Plaintiff on April 4, 2008. Defendant will make further interim responses on May 2, 2008, May 16, 2008, May 30, 2008, and June 13, 2008.

  B. Defendant currently believes that it will be able to complete processing of Plaintiff's FOIA request by June 30, 2008. Based on this target completion date, the parties agree that Defendant will endeavour to process Plaintiff's FOIA request with the following target benchmarks:

    May 16, 2008 – complete approximately 50% of total processing;

    May 30, 3008 – complete approximately 66% of total processing;

    June 13, 2008 – complete approximately 81% of total processing;

    June 30, 2008 – complete processing.

  C. Defendant will file status reports on May 5, 2008 and June 2, 2008, informing the Court of Defendant's progress in processing Plaintiff's FOIA request.

  3. The parties previously agreed to exclude from Plaintiff's request emails that pertain to purely personal matters and that do not pertain to political or policy matters. ¶ 3 of Joint Stmt., March 11, 2008 Second Meet and Confer Stmt. (dkt. no. 7). Defendant further agrees to provide Plaintiff with a brief description of each category of personal documents excluded under this agreement, and a representative sample of each category of personal documents.

  4. The parties were unable to reach agreement further narrowing the scope of Plaintiff's request.

5.      Both parties reserve the right to seek relief from the Court in the future if necessary.

Dated:  April 2, 2008

                              Respectfully submitted,


__/s/ William C. Holmes_____           JEFFREY S. BUCHOLTZ
WILLIAM C. HOLMES                           Acting Assistant Attorney General
D.C. Bar # 495186
ANNE L. WEISMANN                            JEFFREY A. TAYLOR
D.C. Bar # 298190                           United States Attorney
MELANIE SLOAN
D.C. Bar # 434584                           ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Citizens for Responsibility and             Assistant Director
Ethics in Washington                        Federal Programs Branch
1400 Eye Street, NW; Suite 450
                                              __/s/ Nicholas A. Oldham_____
Counsel for Plaintiff                       Nicholas A. Oldham (D.C. Bar No. 484113)
                                            Trial Attorney
                                            Tel: (202) 408-5565
                                            Washington, D.C.  20005
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            <u>Mailing Address</u>
                                            P.O. Box 883
                                            Washington, D.C.  20044
                                            <u>Delivery Address</u>
                                            20 Massachusetts Ave., N.W., Rm. 7204
                                            Washington, D.C.  20001
                                            Tel: (202) 514-3367
                                            Fax: (202) 616-8470
                                            nicholas.oldham@usdoj.gov

                                            Attorneys for Defendant

3