IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF DEFENSE, DEFENSE INFORMATION SYSTEMS AGENCY,<br><br>        Defendant. | Civil Action No. 07-2003(EGS) |

**PLAINTIFF'S NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that William C. Holmes hereby enters an appearance on behalf of Plaintiff Citizens for Responsibility and Ethics in Washington as lead counsel. Counsel requests that copies of court orders, filings, and other court papers be sent by Electronic Case Filing to William C. Holmes, in addition to Anne L. Weismann and Melanie Sloan.

        Respectfully submitted,

        /s/
        William C. Holmes
        D.C.. Bar No. 495186
        Citizens for Responsibility and
        Ethics in Washington
        1400 Eye Street, Suite 450
        Washington, D.C. 20005
        (202) 408-5565

Dated: April 3, 2008