IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF DEFENSE, DEFENSE INFORMATION SYSTEMS AGENCY,<br><br>　　　　Defendant. | Civil Action No. 07-2003(EGS) |

**DEFENDANT'S STATUS REPORT**

　　　　Pursuant to Paragraph 2.C of the parties' Third Meet and Confer Statement filed on April 2, 2008 (dkt. no. 8) ("Third Stmt."), the Defendant submits this status report to apprise the Court of Defendant's progress in processing Plaintiff's request made under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

　　　　Defendant previously advised Plaintiff that it had identified approximately 3,263 pages of documents as potentially responsive to Plaintiff's FOIA request. Third Stmt., ¶ 1. Defendant has processed 1,080 pages of those documents (i.e., approximately 33 percent of the total number of pages identified as potentially responsive). Defendant has determined that 781 of those pages are appropriate for release with redactions, and provided copies of those pages to Defendant by FedEx on May 2, 2008. Third Stmt., ¶ 2.A. The redactions were made pursuant to Exemptions 2, 5, 6 and 7 of FOIA. Defendant has determined that 294 pages are not responsive to Plaintiff's FOIA request, and is not processing those documents further.

Dated:  May 5, 2008    Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Assistant Director
Federal Programs Branch

   /s/ Nicholas A. Oldham
Nicholas A. Oldham (D.C. Bar No. 484113)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C.  20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W., Rm. 7204
Washington, D.C.  20001
Tel: (202) 514-3367
Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

*Attorneys for Defendant*