# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON,

              Plaintiff,

      v.

U.S. DEPARTMENT OF DEFENSE,
DEFENSE INFORMATION SYSTEMS
AGENCY,

              Defendant.

Civil Action No. 07-2003(EGS)

## DEFENDANT'S STATUS REPORT

Pursuant to Paragraph 2.C of the parties' Third Meet and Confer Statement filed on April 2, 2008 (dkt. no. 8) ("Third Stmt."), the Defendant submits this status report to apprise the Court of Defendant's progress in processing Plaintiff's request made under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Defendant previously advised Plaintiff that it had identified approximately 3,263 pages of documents as potentially responsive to Plaintiff's FOIA request. Third Stmt., ¶ 1. Defendant has processed 2,364 pages of those documents (i.e., approximately 72 percent of the total number of pages identified as potentially responsive). The parties agreed that "Defendant [would] endeavor to process Plaintiff's FOIA request" with a target benchmark of processing approximately 66 percent of total processing by May 30, 2008. Third Stmt., ¶ 2.B. Defendant has thus exceeded that target by six percent.

Defendant has determined that 1,541 of the of the 2,364 pages processed are appropriate for release with redactions, and provided copies of those pages to Defendant by next-day FedEx on May 2, May 16, and May 30, 2008. Third Stmt., ¶ 2.A. The redactions were made pursuant

to Exemptions 2, 5, 6 and 7 of FOIA.  Defendant has also withheld 4 pages in full pursuant to

Exemption 5.  Finally, Defendant has determined that 819 pages are not responsive to Plaintiff's

FOIA request, and is not processing those documents further.

Dated:  June 2, 2008                          Respectfully submitted,


                                              GREGORY G. KATSAS
                                              Acting Assistant Attorney General

                                              JEFFREY A. TAYLOR
                                              United States Attorney

                                              ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                                              Assistant Director
                                              Federal Programs Branch

                                                 /s/ Nicholas A. Oldham
                                              Nicholas A. Oldham (D.C. Bar No. 484113)
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              Mailing Address
                                              P.O. Box 883
                                              Washington, D.C.  20044
                                              Delivery Address
                                              20 Massachusetts Ave., N.W., Rm. 7204
                                              Washington, D.C.  20001
                                              Tel: (202) 514-3367
                                              Fax: (202) 616-8470
                                              nicholas.oldham@usdoj.gov

                                              *Attorneys for Defendant*