AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Citizens For Responsibility and Ethics in Washington )
        Plaintiff(s) )
        )
        )
        vs. )
U.S. Department of Defense, Defense Information Systems Agency, )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER   07-2003 (EGS)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Scott A. Hodes  as counsel in this

(Attorney's Name)

case for: Citizens for Responsibility and Ethics in Washington

(Name of party or parties)

June 3, 2008
Date

/s/ Scott A. Hodes
Signature

Scott A. Hodes
Print Name

D.C. Bar# 430375
BAR IDENTIFICATION

P.O. Box 4200
Address

Washington, D.C.  20015
City    State    Zip Code

301-404-0502
Phone Number