IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, DEFENSE INFORMATION SYSTEMS AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07-2003 (EGS)

**NOTICE OF APPEARANCE
AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Michael Q. Hyde, a Trial Attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears and replaces Nicholas A. Oldham as Lead Attorney in this matter on behalf of defendant United States Department of Defense, Defense Information Systems Agency.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Dated: July 21, 2008                                  Respectfully submitted,

                                                               GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Assistant Branch Director

       /S/
MICHAEL Q. HYDE (D.C. Bar Number 462685)
Lead Attorney
Trial Attorney, Civil Div., Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7132
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2205
Facsimile: (202) 616-8470
Email: michael.hyde@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2008, a true and correct copy of the foregoing Notice of Appearance and Substitution of Counsel was served by the Court's ECF system upon the following:

>Scott Allan Hodes
>W. Clifton Holmes
>Anne L. Weismann
>CITIZENS FOR RESPONSIBILITY AND
>     ETHICS IN WASHINGTON
>1400 Eye Street, NW, Suite 450
>Washington, D.C. 20015

                                      /S/
                              MICHAEL Q. HYDE