IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CITIZENS FOR RESPONSIBILITY AND     )
ETHICS IN WASHINGTON,               )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 07-2003 (EGS)
                                    )
U.S. DEPARTMENT OF DEFENSE,         )
DEFENSE INFORMATION SYSTEMS         )
AGENCY,                             )
                                    )
            Defendant.              )
_____)

## PARTIES' JOINT STATUS REPORT AND
## REQUEST FOR BRIEFING SCHEDULE

Pursuant to the Court's Minute Order dated July 9, 2008, the parties submit this joint status report and request for a briefing schedule for plaintiff's remaining claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The parties have conferred and determined that the only remaining issues in this case are plaintiff's challenges to (1) defendant's search for responsive documents; (2) defendant's use of FOIA exemption 5; and (3) defendant's redactions of some individuals' names and email addresses.

The parties request that the Court enter the following briefing schedule to address these remaining claims:

| | |
|---|---|
| Deadline for defendant to file a motion for summary judgment | October 21, 2008 |
| Deadline for plaintiff to file an opposition to defendant's motion for summary judgment | November 18, 2008 |
| Deadline for defendant to file a reply in support of its motion for summary judgment | December 16, 2008 |

With this status report, the parties submit a proposed order entering this briefing schedule.

Dated: August 8, 2008    Respectfully submitted,

FOR THE PLAINTIFF

  /S/ *Scott Hodes (signed with authorization)*
Scott Allan Hodes
P.O. Box 42002
Washington, DC 20015
(301) 404-0502
Fax: (413) 641-2833
Email: infoprivacylaw@yahoo.com

Anne L. Weismann
Citizens for Responsibility
And Ethics in Washington
1400 Eye Street, NW
Suite 450
Washington, DC 20005
(202) 408-5565
Fax: (202) 588-5020
Email: aweismann@citizensforethics.org

       FOR THE DEFENDANT:

            GREGORY G. KATSAS
            Assistant Attorney General

            JEFFREY A. TAYLOR
            United States Attorney

            ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
            Assistant Branch Director


            ___/S/ *Michael Q. Hyde*_____
            MICHAEL Q. HYDE (D.C. Bar Number 462685)
            Lead Attorney
            Trial Attorney, Civil Div., Federal Programs Branch
            United States Department of Justice
            20 Massachusetts Ave., N.W., Room 7132
            P.O. Box 883
            Washington, D.C. 20044
            Tel: (202) 514-2205
            Facsimile: (202) 616-8470
            Email: michael.hyde@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2008, I caused a true and correct copy of the Parties' Joint Status Report and Request for Briefing Schedule to be served on counsel for plaintiff by the Court's ECF system.

                                                       /S/ *Michael Q. Hyde*
                                                  MICHAEL Q. HYDE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2003 (EGS) |
| U.S. DEPARTMENT OF DEFENSE, DEFENSE INFORMATION SYSTEMS AGENCY, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## [proposed] ORDER

The Court has reviewed the Parties' Joint Status Report and Request for a Briefing Schedule. Good cause having been shown, the Court enters the following deadlines:

| | |
|---|---|
| Deadline for defendant to file a motion for summary judgment | October 21, 2008 |
| Deadline for plaintiff to file an opposition to defendant's motion for summary judgment | November 18, 2008 |
| Deadline for defendant to file a reply in support of its motion for summary judgment | December 16, 2008 |

IT IS SO ORDERED.

Done this _____ day of _____, 2008

_____
UNITED STATES DISTRICT JUDGE