**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>               Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF DEFENSE, DEFENSE INFORMATION SYSTEMS AGENCY,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2003 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Pending before the Court is Defendant's Renewed Motion for Summary Judgment With Respect to the Adequacy of Its Search for Emails Predating October 2005.  Upon consideration of defendant's motion and attached affidavits, as well as plaintiff's response indicating that "plaintiff no longer contests the adequacy of defendant's search for responsive records in this matter," it is by the Court hereby **ORDERED** that defendant's motion for summary judgment as to the adequacy of its search is **GRANTED**.  In addition, because defendant produced the email identified in Group 11 of its Vaughn index to plaintiff, the parties' dispute with regard to this document is now **MOOT**.  Accordingly, as there

are no remaining issues in dispute between the parties, defendant's renewed motion for summary judgment is **GRANTED**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            January 5, 2010**